IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00906-MEH

CATRICE THOMAS, as the surviving biological daughter and surviving heir of the decedent, Martel C. Thomas, and
ESTATE OF MARTEL THOMAS,

    Plaintiffs,

v.

MAYOR FOR THE CITY AND COUNTY OF DENVER, COLORADO, in an official capacity,
EXECUTIVE DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY FOR THE CITY AND COUNTY OF DENVER, COLORADO, in an official capacity,
JOHN DOES, employees of the City and County of Denver, Colorado, and
JANE DOES, employees of the City and County of Denver, Colorado,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2015.**

    After consideration of the factors set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006), the Unopposed Motion to Stay Discovery filed by Defendants Mayor for the City and County of Denver and Executive Director of the Department of Public Safety for the City and County of Denver [filed May 7, 2015; docket #15] is **granted**. A temporary stay of discovery is hereby imposed pending resolution of the Defendants' motion to dismiss. The Scheduling Conference currently scheduled for June 3, 2015 is **vacated**. The parties shall file a status report within five (5) days of any order resolving their motion to dismiss.