IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00906-MEH

CATRICE THOMAS, as the surviving biological daughter and surviving heir of the decedent, Martel C. Thomas, and
ESTATE OF MARTEL THOMAS,

    Plaintiffs,

v.

MAYOR FOR THE CITY AND COUNTY OF DENVER, COLORADO, in an official capacity,
EXECUTIVE DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY FOR THE CITY AND COUNTY OF DENVER, COLORADO, in an official capacity,
JOHN DOES, employees of the City and County of Denver, Colorado, and
JANE DOES, employees of the City and County of Denver, Colorado,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 7, 2015.**

    Finding a longer period necessary for filing, the Unopposed Motion for Leave to Designate Non-Parties at Fault filed by Defendants Mayor for the City and County of Denver and Executive Director of the Department of Public Safety for the City and County of Denver [filed July 7, 2015; docket #21] is **granted**. The Clerk of the Court shall file the Denver Defendants' Designation of Non-Parties at Fault Pursuant to C.R.S. § 13-21-111.5(3)(b), located at docket #21-1.