IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00906-MEH

CATRICE THOMAS, as the surviving biological daughter and surviving heir of the decedent, Martel C. Thomas, and
ESTATE OF MARTEL THOMAS,

    Plaintiffs,

v.

JOHN DOES, employees of the City and County of Denver, Colorado, and
JANE DOES, employees of the City and County of Denver, Colorado,

    Defendants.

───────────────────────────────────────────────────────────────

## MINUTE ORDER
───────────────────────────────────────────────────────────────

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2015.**

    Plaintiffs' Motion to Clarify September 24, 2015 Order [filed October 5, 2015; docket #28] is **denied**. Nothing in the Court's order limits the Plaintiffs to amending only the caption of the operative pleading.

    Furthermore, the Court notes that Plaintiffs filed the present motion well *after* the deadline set by the Court for filing the Second Amended Complaint (*see* Minute Order, docket #27); accordingly, should they choose to file such amended pleading, they will need to seek leave to do so out of time.