IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00906-MEH

CATRICE THOMAS, as the surviving biological daughter and surviving heir of the decedent, Martel C. Thomas, and
ESTATE OF MARTEL THOMAS,

    Plaintiffs,

v.

JOHN DOES, employees of the City and County of Denver, Colorado, and
JANE DOES, employees of the City and County of Denver, Colorado,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2015.**

For good cause and excusable neglect shown, and in the interest of justice, Plaintiffs' Second Motion for Leave to File Second Amended Complaint [filed October 6, 2015; docket #30] is **granted** as follows.

The Court accepts as filed the Second Amended Complaint (docket #31). The Clerk of the Court is directed to amend the case caption accordingly. Plaintiffs shall serve the Second Amended Complaint in accordance with Fed. R. Civ. P. 4 on the newly identified Defendant **on or before October 21, 2015**.